J. Craig Crawford (Bar No. 238466)
ccrawford@carr-mcclellan.com
CARR McCLELLAN P.C.
216 Park Road
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendant
MASTERWORK ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON TRACK INNOVATIONS LTD., an Israeli limited company,<br><br>Plaintiff,<br><br>v.<br><br>MASTERWORK ELECTRONICS, INC., a California corporation,<br><br>Defendant. | Case No. 4:17-cv-01103-KAW<br><br>**STIPULATION TO EXTEND DEFENDANT MASTERWORK ELECTRONICS, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**[Civil L.R. 6]** |

Pursuant to Civil L.R. 6, plaintiff On Track Innovations Ltd. ("OTI") and defendant Masterwork Electronics, Inc. ("Masterwork"), through their attorneys of record, hereby stipulate as follows:

WHEREAS, OTI served its Complaint for Breach of Contract in this action ("Complaint") on Masterwork on March 9, 2017;

WHEREAS, Masterwork currently has until March 30, 2017 to answer or respond to the Complaint;

WHEREAS, Masterwork has requested and OTI has consented to an additional 21 days for Masterwork to answer or respond to the Complaint;

WHEREAS, an additional 21 days for Masterwork's answer or response to

the Complaint will not alter the date of any event or any deadline fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Masterwork shall answer or otherwise respond to the Complaint by April 20, 2017.

Dated: March 29, 2017

TRODELLA & LAPPING LLP

By: /s/ Robert Trodella
ROBERT A. TRODELLA
Attorneys for Plaintiff
On Track Innovations Ltd.

Dated: March 29, 2017

CARR McCLELLAN P.C.

By: /s/ Craig Crawford
J. CRAIG CRAWFORD
Attorneys for Defendant
Masterwork Electronics, Inc.